JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LAMONT EDWARDS, | ) | NO. CV 16-7659-DMG (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROSEMARY NGOH, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 11, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE